

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00045-CV

Jeanine **DOMINGUEZ**,
Appellant

v.

**BANK OF AMERICA**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 381930
Honorable Irene Rios, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  March 6, 2013

DISMISSED

Appellant filed a motion to dismiss this appeal.  The appellee was served with a copy of Appellant's motion; Appellee has not filed a response.  Therefore, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Costs of this appeal are taxed against Appellant.  *See id.* R. 42.1(d).

PER CURIAM